```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL M. THOMAS
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2790
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) CR S-11-0215 MCE
                                 )
12              Plaintiff,       ) STIPULATION AND ORDER
                                 ) RESETTING MOTION HEARING
13        v.                     )
                                 )
14  GERALD DONALD TAYLOR,        )
                                 )
15              Defendant.       )
    _____)
16
```

17  The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Jill M. Thomas, Assistant United States Attorney, defendant Gerald Donald Taylor, through his counsel of record, Michael Petrik, Jr., Esq., hereby stipulate and agree that the motion hearing set for October 27, 2011, at 9:00 a.m. be continued to November 3, 2011, at 9:00 a.m. The government filed its opposition on October 13, 2011; the defendant's optional reply brief is now due on or before October 27, 2011.

///

///

1

1 | The parties need additional time for preparation.  Therefore, the parties have agreed and respectfully request that the Court set the date of November 3, 2011, at 9:00 a.m., for the hearing on the defendant's motion to suppress.  Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E and that the ends of justice by this continuance outweigh the interest of the defendant and the public in a speedy trial.

IT IS SO STIPULATED.

                                              BENJAMIN B. WAGNER
                                              United States Attorney

Dated: October 18, 2011      By:  /s/ Jill M. Thomas
                                              JILL M. THOMAS
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

DATED: October 18, 2011      By:  /s/ Michael Petrik, Jr.
                                              MICHAEL PETRIK, Jr.
                                              Attorney for Defendant
                                              GERALD DONALD TAYLOR

| | |
|---|---|
| 1 | ORDER |
| 2 | UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is |
| 3 | hereby ordered that this matter be set for hearing on the |
| 4 | defendant's motion to suppress as set forth above. |
| 5 | The Court finds excludable time as set forth above to and |
| 6 | including November 3, 2011 and specifically finds that the ends of |
| 7 | justice in ordering this continuance outweigh the interest of the |
| 8 | defendant and the public in a speedy trial pursuant to 18 U.S.C. § |
| 9 | 3161(h)(1)(D) and local code E. |
| 10 | **IT IS SO ORDERED.** |
| 11 | Dated: October 25, 2011 |
| 12 | |
| 13 | _____ |
| 14 | MORRISON C. ENGLAND, JR. UNITED STATES DISTRICT JUDGE |