```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    GERALD DONALD TAYLOR
 7

 8                  UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,   ) No. 2:11-cr-00215-MCE
                                )
11              Plaintiff,      ) STIPULATION AND ORDER TO RESET
                                ) EVIDENTIARY HEARING TO FEBRUARY
12       v.                     ) 16, 2012, AT 10:00 A.M.
                                )
13  GERALD DONALD TAYLOR,       ) Date:  December 15, 2011
                                ) Time:  10:00 a.m.
14              Defendant.      ) Judge: Hon. Morrison C. England
    _____)
15
```

16      THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant

17 United States Attorney, and Michael Petrik, Jr., attorney for Mr.

18 Taylor, that the Court should vacate the evidentiary hearing scheduled

19 for December 15, 2011, at 10:00 a.m., and reset it for February 16,

20 2012, at 10:00 a.m.

21      The government has obtained discovery relevant to the hearing and

22 will provide it to defense counsel.  Defense counsel requires time to

23 obtain and review the discovery, to consult with Mr. Taylor, and to

24 conduct further investigation.

25 ///

26 ///

27

28 STIPULATION AND ORDER            1                    2:11-cr-00215-MCE

1 | The parties further stipulate that the Court should exclude the
2 | period from the date of this order through February 16, 2012, when it
3 | computes the time within which the trial of the above criminal
4 | prosecution must commence for purposes of the Speedy Trial Act. The
5 | parties stipulate that the ends of justice served by granting Mr.
6 | Taylor's request for a continuance outweigh the best interest of the
7 | public and Mr. Taylor in a speedy trial, and that this is an
8 | appropriate exclusion of time for defense preparation within the
9 | meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: December 14, 2011        Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender

                                /s/ M.Petrik
                                _____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender


Dated: December 14, 2011        BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ M.Petrik for
                                _____
                                JILL M. THOMAS
                                Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The evidentiary hearing is reset for February 16, 2012, at 10:00 a.m. The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through February 16, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: December 19, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE