DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
GERALD DONALD TAYLOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-00215 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE TO MAY 10, |
| v. | ) | 2012, AT 9:00 A.M. |
| | ) | |
| GERALD DONALD TAYLOR, | ) | Date:  March 8, 2012 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England |
| _____ | ) | |

THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant

United States Attorney, and Michael Petrik, Jr., attorney for Mr.

Taylor, that the Court should vacate the status conference scheduled

for March 8, 2011, at 9:00 a.m., and reset it for May 10, 2012, at 9:00

a.m.

Defense counsel requires time to obtain and review discovery, to

consult with Mr. Taylor, and to conduct further investigation.

///

///

///

The parties further stipulate that the Court should exclude the period from the date of this order through May 10, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Taylor's request for a continuance outweigh the best interest of the public and Mr. Taylor in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: March 6, 2012          Respectfully submitted,

                              DANIEL BRODERICK
                              Federal Defender

                              /s/ M.Petrik
                              _____
                              MICHAEL PETRIK, Jr.
                              Assistant Federal Defender

Dated: March 6, 2012          BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ M.Petrik for
                              _____
                              JILL M. THOMAS
                              Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The status conference is reset for May 10, 2012, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through May 10, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: March 7, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE