```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    GERALD DONALD TAYLOR
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-cr-00215-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING ) STATUS CONFERENCE TO JUNE 7, |
| v. | ) 2012, AT 9:00 A.M. ) |
| GERALD DONALD TAYLOR, | ) Date:  May 10, 2012 ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Taylor, that the Court should vacate the status conference scheduled for May 10, 2011, at 9:00 a.m., and reset it for June 7, 2012, at 9:00 a.m.

Defense counsel requires time to obtain and review discovery, to consult with Mr. Taylor, and to conduct further investigation.

///

///

//

STIPULATION AND ORDER                    1                    2:11-cr-00215-MCE

| | |
|---|---|
| 1 | The parties further stipulate that the Court should exclude the period from the date of this order through June 7, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Taylor's request for a continuance outweigh the best interest of the public and Mr. Taylor in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). |

Dated: May 8, 2012          Respectfully submitted,

                            DANIEL BRODERICK
                            Federal Defender

                            /s/ M.Petrik
                            _____
                            MICHAEL PETRIK, Jr.
                            Assistant Federal Defender

Dated: May 8, 2012          BENJAMIN B. WAGNER
                            United States Attorney

                            /s/ M.Petrik for
                            _____
                            JILL M. THOMAS
                            Assistant U.S. Attorney

///
///
///
///
///
///
///

STIPULATION AND ORDER                 2                 2:11-cr-00215-MCE

**ORDER**

**IT IS SO ORDERED.** The status conference is reset for June 7, 2012, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through June 7, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: May 9, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE