```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-cr-00215-MCE |
| --- | --- |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE TO NOVEMBER 29, |
| v. | ) 2012, AT 9:00 A.M. |
| GERALD DONALD TAYLOR, | ) Date: November 1, 2012 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Taylor, that the Court should vacate the status conference scheduled for November 1, 2012, at 9:00 a.m., and reset it for November 29, 2012, at 9:00 a.m.

Defense counsel requires time to review discovery, review a recently received pre-plea guideline report, and to consult with Mr. Taylor.

///

///

///

STIPULATION AND ORDER          1                    2:11-cr-00215-MCE

| | |
|---|---|
| 1 | The parties further stipulate that the Court should exclude the |
| 2 | period from the date of this order through November 29, 2012, when it |
| 3 | computes the time within which the trial of the above criminal |
| 4 | prosecution must commence for purposes of the Speedy Trial Act. The |
| 5 | parties stipulate that the ends of justice served by granting Mr. |
| 6 | Taylor's request for a continuance outweigh the best interest of the |
| 7 | public and Mr. Taylor in a speedy trial, and that this is an |
| 8 | appropriate exclusion of time for defense preparation within the |
| 9 | meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4). |

Dated: October 29, 2012        Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: October 29, 2012        BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for
_____
JILL M. THOMAS
Assistant U.S. Attorney

///

///

**ORDER**

**IT IS SO ORDERED.** The status conference is reset for November 29, 2012, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 29, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: October 30, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE