```
1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-00215-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE TO MARCH 7, |
| v. | ) 2013, AT 9:00 A.M. |
| GERALD DONALD TAYLOR, | ) Date: February 7, 2013 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Taylor, that the Court should vacate the status conference scheduled for February 7, 2013, at 9:00 a.m., and reset it for March 7, 2013, at 9:00 a.m.

Defense counsel requires time to review discovery, to consult with Mr. Taylor, and to conduct investigation.

The parties further stipulate that the Court should exclude the period from the date of this order through March 7, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The

1

parties stipulate that the ends of justice served by granting Mr. Taylor's request for a continuance outweigh the best interest of the public and Mr. Taylor in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: February 4, 2013        Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: February 4, 2013        BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for
_____
JILL M. THOMAS
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The status conference is reset for March 7, 2013, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through March 7, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).

DATED: February 13, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3