1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        ) No. 11-215 MCE
                                    )
11            Plaintiff,            ) STIPULATION AND ORDER TO CONTINUE
                                    ) STATUS CONFERENCE TO APRIL 4,
12      v.                          ) 2013, AT 9:00 A.M.
                                    )
13 GERALD DONALD TAYLOR,            ) Date:  March 7, 2013
                                    ) Time:  9:00 a.m.
14            Defendant.            ) Judge: Hon. Morrison C. England
   _____  )

16      THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant

17 United States Attorney, and Michael Petrik, Jr., attorney for Mr.

18 Taylor, that the Court should vacate the status conference scheduled

19 for March 7, 2013, at 9:00 a.m., and reset it for April 4, 2013, at

20 9:00 a.m.

21      Defense counsel has received a proposed plea agreement from the

22 government that may resolve this matter; however, counsel requires time

23 to meet with Mr. Taylor and discuss the proposed resolution.  Counsel

24 also requires time to review the proposed plea agreement in conjunction

25 with discovery the government has provided.

26 / / /

28                                   1                          11-215 MCE

The parties further stipulate that the Court should exclude the period from the date of this order through April 4, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Taylor's request for a continuance outweigh the best interest of the public and Mr. Taylor in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: March 4, 2013                    Respectfully submitted,

                                        JOSEPH SCHLESINGER
                                        Acting Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender

Dated: March 4, 2013                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for
                                        _____
                                        JILL M. THOMAS
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The status conference is reset for April 4, 2013, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through April 4, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).]

IT IS SO ORDERED.

Dated: March 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE